UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARVIN WOODARD, <br>         Petitioner, <br>     v. <br> UNITED STATES OF AMERICA, <br>         Defendant. | No. C-07-04577-DLJ <br> No. CR-98-40082-DLJ <br><br> **ORDER** |

On August 30, 2007 Petitioner Marvin Woodard (Petitioner) filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. This is Petitioner's second such motion. This court denied the first one on December 16, 2004. Second and successive section 2255 motions must first be certified by a panel of the appropriate court of appeals. See 28 U.S.C. ss 2255. The Ninth Circuit Court of Appeals denied Petitioner's motion for certification on April 9, 2007. A district court has no jurisdiction to reach the merits of any successive claim unless petitioner receives certification from the court of appeals. See United States v. Allen, 157 F.3d 661, 644 (9th Cir. 1998). The Petition is therefore DISMISSED without prejudice.

IT IS SO ORDERED

Dated:    October 12, 2007

_____

D. Lowell Jensen

United States District Judge