UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　v.<br>MARVIN WOODARD,<br>　　　　　Defendant. | No. CR-98-40082-DLJ<br><br>**ORDER** |

On March 10, 2008 Defendant Marvin Woodard (Woodard) filed a motion to reduce the term of his imprisonment pursuant to 18 U.S.C. § 3582(c)(2). On March 24, 2003, the Court sentenced Woodard to 120 months in prison, the mandatory minimum sentence set by statute. On its face, Woodard's motion does not make out a claim for relief. Section 3582(c)(2) applies only to prison terms that were imposed pursuant to the United States Sentencing Guidelines (USSG). See id. Woodard's sentence, by contrast, was imposed pursuant to the mandatory minimum sentence established by 21 U.S.C. 841(b)(1), not the USSG. Woodard is therefore unentitled to relief under § 3582(c)(2). His motion is DENIED.

　　IT IS SO ORDERED

Dated:　　March 14, 2008

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　D. Lowell Jensen
　　　　　　　　　　　　　　　　　　　　　　United States District Judge